**FILED**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

JAN 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

UNITED STATES OF AMERICA  **08 CR  0062**

    v.         )  No.

ROBERT S. BUSHELLE    )  Hon. Morton Denlow

The undersigned Affiant personally appeared before <u>MORTON DENLOW</u>, a United States

Magistrate Judge, and being duly sworn on oath, states:  That at <u>EASTERN DISTRICT MISSOURI</u>,

one ROBERT S. BUSHELLE  was charged in an indictment with violating Section <u>922(g)(1)</u> of the

United States Code, Title <u>18</u>, for the offense of <u>POSSESSING A FIREARM, IN OR AFFECTING</u>

<u>COMMERCE, AFTER HAVING PREVIOUSLY BEEN CONVICTED OF A CRIME</u>

<u>PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR</u>, and that on the

basis of Affiant's investigation and information received concerning the case through official

channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

EDWARD PIACENZA
Special Agent, United States Drug
Enforcement Administration

Subscribed and Sworn to before me this
__28th__ day of _____January_____ , 2008.

Morton Denlow
United States Magistrate Judge

J. GREGORY DEIS
Assistant U.S. Attorney

1

# United States District Court

## EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.

ROBERT S. BUSHELLE

**WARRANT FOR ARREST**

**CASE NUMBER:**

4 : 0 8CR00023JCH

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT S. BUSHELLE, and bring the defendant forthwith to the nearest magistrate to answer an Indictment charging the defendant with

COUNT ONE - being a felon in possession of a firearm

in violation of Title 18, United States Code, Sections 922(g)(1) and Title 18, United States Code, Section 924(a)(2).

JAMES WOODWARD
Name of Issuing Officer

_James Woodward_
Signature of Issuing Officer

_[signature]_
(By) Deputy Clerk

**$50,000 Secured Recommended.**

Clerk, United States District Court
Title of Issuing Officer

January 16, 2008, St. Louis, Missouri
Date and Location

by _____
Name of Judicial Officer

COPY

RETURN

ORIGINAL ON FILE WITH
U.S. MARSHAL, EASTERN MISSOURI

| This warrant was received and executed with the arrest of the above-named defendant |  |  |
|---|---|---|
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST |  |  |

**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAN 1 6 2008

U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | |
| | ) | |
| ROBERT S. BUSHELLE, | **4: 0 8CR00023JCH** | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 23, 2007, in Saint Louis County, Missouri, within the Eastern

District of Missouri,

**ROBERT S. BUSHELLE,**

the defendant herein, did possess in and affecting interstate commerce a firearm, that is, a Beretta

USA Corp. brand, .25 auto caliber pistol with a serial number of BE03797V, and the defendant

had previously been convicted of one or more felony crimes punishable by a term of

imprisonment exceeding one year under the laws of the State of Missouri.

In violation of Title 18, United States Code, Section 922(g)(1) and punishable under

924(a)(2).

A TRUE BILL.

FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

RAYMOND M. MEYER, #5832
Assistant United States Attorney