## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 62 - 1 | **DATE** | 1/28/2008 |
| **CASE TITLE** | USA vs. Robert S. Bushelle | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Enter order appointing John F. Murphy to represent defendant for initial appearance proceedings only. Defendant appears in response to arrest on 1/28/08. Defendant informed of rights. Defendant waives his right to an identity hearing. Defendant ordered removed to the Eastern District of Missouri, St. Louis, for further proceedings

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | DK |
|---|---|---|

08CR62 - 1 USA vs. Robert S. Bushelle                                                                 Page 1 of 1