

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Rick Biggs*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>*Rick Biggs*  2/8/08 |
| 1. Article Addressed to:<br>G. Woodward<br>tes District Court<br>nas F. Eagleton<br>ites Courthouse<br>enth Street<br>) 63102-1116 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type   08cr62<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7313 2524 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

FILED

FEB 12 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 12 2008

FILED